

FILED
SCRANTON

DEC 19 2017

PER_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY TARPLEY-BEY, PRO SE | ) | CASE NO. 3:17-cv-01751 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| VS. | ) | HONORABLE RICHARD P. CONABOY |
| | ) | UNITED STATES DISTRICT JUDGE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

### AMENDED COMPLAINT PURSUANT TO
### 28 U.S.C. § 1346(b) and § 2671-2674, 2679(b)(1)

The Plaintiff brings this cause of action against the defendants, alleging as follows:

1.  This action is between the plaintiff, who was a resident in the State of Pennsylvania at the time of cause of action, and the defendants, Agents of the United States of America, Warden L.J. Oddo, and Captain Unknown Named, are residents of the State of Pennsylvania. Therefore, this U.S. District Court has jurisdiction over this matter;

2.  The amount of controversy, exclusive of interest and costs, exceeds the sum of $75,000;

3.  On September 23, 2016 at approximately 6:05a.m., an inmate ambushed and physically assaulted Plaintiff with a makeshift knife, causing severe lacerations to face, ears, neck and arms. Defendants deprived Plaintiff of constitutional rights to life, liberty, and pursue of happiness to be housed in a [safekeeping] and [secured] living quarters;

4.    As a result of a malicious assault, Plaintiff received fifty-two (52) sutures and dermabond to facial region, continued to suffer from severe psychological trauma, and permanent disfigurement.

**WHEREFORE**, for the articulated reasons stated above, Plaintiff Tarpley-Bey demands judgment for monetary compensation for actual damage $77,000 (seventy-seven thousand dollars), permanent disfigurement $375,000 (three-hundred seventy-five thousand dollars), long term psychological trauma $3,238,000 (three million, two-hundred thirty-eight thousand dollars), plus interest at the maximum legal rate and the cost of this action.

| | |
|---|---|
| **Actual Damage** | $77,000 |
| **Permanent Disfigurement** | $375,000 |
| **Long-Term Psychological Trauma** | $3,238,000 |
| **Total Sum** | $3,690,000 |
| | Plus cost of Action. |

Respectfully submitted,

ANTHONY TARPLEY-BEY, PRO SE
REG. NO. 21025-016
F.C.I. BECKLEY
P.O. BOX 350   PAL
BEAVER, WV   25813

I declare under peanalty of perjury that the Foregoing is True, Exact, and Correct.

Executed on <u>December 17, 2017</u>

ANTHONY TARPLEY-BEY, PRO SE

Anthony Tarpley-Bey
Federal Correctional Institution Beckley
PO BOX 350
Beaver, WV 25813
United States

RECEIVED
SCRANTON

DEC 19 2017

PER_____ DEPUTY CLERK

*Legal Mail*

⇔21025-016⇔
U S Dist
Clerk O
PO BOX
Scranto
United S

